FILED

**NOT FOR PUBLICATION**

JUN 12 2013

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **TINNA PHILLIPE ALAZIZ**, | No. 08-73720 |
| Petitioner, | Agency No. A078-759-103 |
| v. | |
| **ERIC H. HOLDER, Jr., Attorney General**, | **MEMORANDUM**[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted June 3, 2013
Pasadena, California

Before:      **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit
Judges.

The BIA considered Alaziz's explanation that her mother was the head of

the household, but found it insufficient.  The IJ weighed all relevant positive

factors, including Alaziz's family ties to the United States and her educational

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

background, but found that they weren't enough. Further, the grant of withholding nullifies any danger of future persecution. <u>Kalubi</u> v. <u>Ashcroft</u>, 364 F.3d 1134, 1141 (9th Cir. 2004).

**PETITION DENIED.**